The Court approves the dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **GLORIA PARKER,** | CASE NO. 1:21-CV-1619 |
| Plaintiff(s) | JUDGE JAMES S. GWIN |
| v. | |
| **CITY OF SOUTH EUCLID,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Gloria Parker hereby gives notice that Plaintiff's claims against Defendant contained in Plaintiffs' Complaint are hereby voluntarily dismissed with prejudice pursuant to Civ. R. 41(a)(1)(A)(i).

Respectfully Submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily White (0085662)
Brian D. Flick (0081605)
DannLaw
15000 Madison Ave.
Lakewood, OH 44107
(216) 373-0539 telephone
(216) 373-0536 facsimile
notices@dannlaw.com
*Counsel for Plaintiff*